# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> § <br> § **CASE NUMBER 6:10-CR-00060-JDK-JDL** <br> **v.** § <br> § <br> § <br> **CLIFTON WAYNE CRAVER,** § <br> § | |

## REPORT & RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On October 29, 2020, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Clifton Wayne Craver. The government was represented by Allen Hurst, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matthew Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Unlawful Possession of a Stolen Firearm a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The United States Sentencing Guideline, range based on total offense level of 23 and criminal history category of VI, was 92 to 115 months. On March 1, 2011, District Judge Leonard Davis sentenced Defendant to 108 months imprisonment followed by 3 years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing and treatment, and mental health treatment. On October 17, 2017, Defendant completed his period of imprisonment and began his term of supervised release in the Eastern District of Texas.

Under the terms of supervised release, Defendant was required to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reason. In Allegation 3 of its petition, the government alleges that Defendant violated his

conditions by failing to work regularly at a lawful occupation since May 2020. If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to work regularly at a lawful occupation, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon finding of a Grade C violation, the Court shall revoke supervised release. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade B violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 3 of the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 12 months and 1 day with no supervised release to follow.

The Court therefore **RECOMMENDS** that Defendant Clifton Wayne Craver's plea of true be accepted and he be sentenced to a term of imprisonment of 12 months and 1 day with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Texarkana or FCI Forrest City, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 29th day of October, 2020.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE